JANUARY 16, 1985

No. 83–6808. DALTON *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.